

May 29, 2018

<u>VIA ELECTRONIC MAIL</u>
Clerk, United States District Court
William M. Steger Federal Building
United States Courthouse
211 W. Ferguson Street Room 106
Tyler, Texas 75702

Re: Joseph Michael Pierce v. Lorie Davis, Director
Civil Action No.: 6:17-CV-668

Dear Clerk:

Attached please find the State Court Records in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,

/s/ Susan San Miguel
SUSAN SAN MIGUEL
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

SSM/cbh
Enclosures