# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 12-14-00073-CR | OFFENSE: | 1 |
| STYLE: | Joseph Michael Pierce v. The State of Texas | COUNTY: | Smith |
| COA DISPOSITION: | AFFIRMED | TRIAL COURT: | 114th District Court |
| DATE: 4/30/2015 | Publish: NO | TC CASE #: | 114-0648-13 |

# IN THE COURT OF CRIMINAL APPEALS

| | | | |
|---|---|---|---|
| STYLE: | Joseph Michael Pierce v. The State of Texas | CCA #: | |
| _____ Petition | | CCA Disposition: | |
| FOR DISCRETIONARY REVIEW IN CCA IS: _____ | | DATE: | |
| | | JUDGE: | |
| DATE: _____ | | SIGNED: _____ | PC: _____ |
| JUDGE: _____ | | PUBLISH: _____ | DNP: _____ |

-------------------------

_____ MOTION FOR REHEARING IN CCA IS: _____
JUDGE: _____

**ELECTRONIC RECORD**