REPORTER'S RECORD

VOLUME 1 OF 12 VOLUMES

TRIAL COURT CAUSE NO. 114-0648-13

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/24/2014 4:26:00 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| VS. | ) | SMITH COUNTY, TEXAS |
| JOSEPH MICHAEL PIERCE | ) | 114TH JUDICIAL DISTRICT |

\*\*\*\*\*

\*\*\*MASTER INDEX\*\*\*

\*\*\*\*\*

The proceedings came on to be heard in the above-styled and -numbered cause before the HONORABLE CHRISTI J. KENNEDY, Judge Presiding, held in Tyler, Smith County, Texas:

Proceedings reported by Computerized Machine Stenography, Reporter's Record produced by Computer-Assisted Transcription.

Court Reporter: CASSIE CONDREY.
                Texas CSR #9035
                Official Court Reporter
                114th Judicial District Court
                212 Smith County Courthouse
                Tyler, Texas 75702
                (903) 975-4331

2

1                   A P P E A R A N C E S

2

3   FOR THE STATE:                    FOR THE STATE:
    Mr. Jacob Putman                  Mr. Christopher Gatewood
4   SBOT NO.:  24065929               SBOT NO.:  24062488
    Smith County District             Smith County District
5   Attorney's Office                 Attorney's Office
    100 North Broadway Avenue         100 North Broadway Avenue
6   Fourth Floor                      Fourth Floor
    Tyler, Texas  75702               Tyler, Texas  75702
7   Telephone: (903) 590-1713         Telephone: (903) 590-1720

8

9              -AND-

10  FOR THE DEFENDANT:
    Mr. Jason A. Ellis
11  SBOT NO.:  24052915
    Law Offices of Jason A.
12  Ellis
    120 South Broadway Avenue
13  Suite 109
    Tyler, Texas  75702
14  Telephone:  (903) 705-6236

15

16

17

18

19

20

21

22

23

24

25

MASTER CHRONOLOGICAL INDEX

|   | PAGE |
|---|---|
| Chronological Index | 4 |
| State's Exhibits Index | 11 |
| Reporter's Certificate | 12 |

**MASTER CHRONOLOGICAL INDEX**

(MASTER INDEX)
VOLUME 1

(PLEA AGREEMENT DOCKET)
VOLUME 2

(HEARING ON MOTION TO REDUCE BOND)
VOLUME 3

(HEARING ON MOTION FOR JOINDER)
VOLUME 4

(PRETRIAL AND HEARING ON MOTION TO SUPPRESS)
VOLUME 5

Appearances                                                2

JEREMY FRAZIER
    Direct Examination by Mr. Putman                      10
    Cross-Examination by Mr. Ellis                        49

Reporter's Certificate                                    79

(HEARING ON MOTION TO SUPPRESS)
VOLUME 6

Appearances                                                2

JEREMY FRAZIER

   Cross-Examination Continued by Mr. Ellis      6

   Redirect Examination by Mr. Putman            21

   Recross-Examination by Mr. Ellis              32

JOSH HILL

   Direct Examination by Mr. Putman              37

   Cross-Examination by Mr. Ellis                49

Reporter's Certificate                                    70


(DOCKET CALL)
VOLUME 7

| | | | |
|---|---|---|---|
| 1 | (JURY VOIR DIRE) VOLUME 8 | | |
| 2 | | | |
| 3 | FEBRUARY 24, 2014 | PAGE | VOL |
| 4 | Proceedings begin | 4 | 8 |
| 5 | Jury panel seated | 7 | 8 |
| 6 | Introduction of parties | 8 | 8 |
| 7 | Court's instructions to the jury panel | 8 | 8 |
| 8 | Voir Dire by Mr. Putman | 25 | 8 |
| 9 | Voir Dire by Mr. Ellis | 140 | 8 |
| 10 | Motions for cause and agreed excusals | 196 | 8 |
| 11 | INDIVIDUAL VOIR DIRE: | | |
| 12 | Examination of Venireperson No. 7 | 206 | 8 |
| 13 | Examination of Venireperson No. 12 | 209 | 8 |
| 14 | Examination of Venireperson No. 15 | 211 | 8 |
| 15 | Examination of Venireperson No. 20 | 216 | 8 |
| 16 | Examination of Venireperson No. 29 | 219 | 8 |
| 17 | Examination of Venireperson No. 37 | 223 | 8 |
| 18 | Examination of Venireperson No. 41 | 224 | 8 |
| 19 | Examination of Venireperson No. 58 | 225 | 8 |
| 20 | Jury seated | 232 | 8 |
| 21 | Jury sworn | 232 | 8 |
| 22 | Jury panel dismissed | 233 | 8 |
| 23 | Jury instructed | 234 | 8 |
| 24 | Proceedings adjourned | 248 | 8 |
| 25 | Reporter's Certificate | 249 | 8 |

```
 1                      (TRIAL ON MERITS)
                            VOLUME 9
 2
                                                    Page    Vol.
 3
     FEBRUARY 25, 2014
 4
     Proceedings begin                               6       9
 5
     Reading of the indictment                       7       9
 6
     Defendant's plea                                8       9
 7
     Opening statement by Mr. Putman                 8       9
 8   Opening statement by Mr. Ellis                 19       9

 9   STATE'S WITNESSES
                            Direct    Cross                 Vol.
10
     JEREMY FRAZIER
11       By Mr. Putman      30,132                           9
         By Mr. Ellis                  101                   9
12                                     139                   9
     JOSH HILL
13       By Mr. Gatewood    144                              9
                            163                              9
14       By Mr. Ellis                  160                   9

15   KRIS BAKER
         By Mr. Putman      166                              9
16       By Mr. Ellis                  176                   9

17   CLAYBION CLOUD
         By Mr. Gatewood    180                              9
18       By Mr. Ellis                  197                   9

19   CHRIS HARRISON
         By Mr. Putman      199                              9
20                          235                              9
         By Mr. Ellis                  224                   9
21                                     238                   9

22   State rests                                   240       9
     DEFENDANT'S WITNESSES
23                          Direct    Cross    Voir Dire    Vol.

24   MARLINA ADAMS
         By Mr. Ellis       245                              9
25                          281                              9
         By Mr. Putman                 251                   9
```

1                                        286                    9
2  Proceedings adjourned                           299          9
3  Reporter's Certificate                          300          9

(TRIAL ON MERITS)
VOLUME 10

|  | Page | Vol. |
|---|---|---|
| FEBRUARY 26, 2014 | | |
| Proceedings begin | 4 | 10 |
| Defense rests | 13 | 10 |

STATE'S WITNESSES

|  | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| KRIS BAKER | | | | 10 |
|   By Mr. Putman | 15,20 | | | 10 |
|   By Mr. Ellis | | 18 | | 10 |

| | Page | Vol. |
|---|---|---|
| State rests | 20 | 10 |
| Both sides close | 19 | 10 |
| Objections to Court's Charge | 25 | 10 |
| Reading of the Court's Charge | 28 | 10 |
| Closing Arguments by Mr. Gatewood. | 50 | 10 |
| Closing Arguments by Mr. Ellis. | 69 | 10 |
| Rebuttal Arguments by Mr. Putman. | 91 | 10 |
| Jury retired for deliberations | 106 | 10 |
| Verdict | 109 | 10 |
| Recessed | 113 | 10 |
| Court Reporter's Certificate | 114 | 10 |

1                    (TRIAL ON PUNISHMENT)
                          VOLUME 11
2
                                             Page    Vol.
3
     FEBRUARY 26, 2014
4
     Proceedings commence                       5      11
5
     Opening statement by Mr. Putman            8      11
6    Opening statement by Mr. Ellis             9      11

7    PLAINTIFF'S WITNESSES
                          Direct   Cross   Voir Dire   Vol.
8
     JENNIFER BUSH
9        By Mr. Putman      11,39                       11
         By Mr. Ellis               24,30               11
10

11   State rests                                30      11

12   Both sides close                           33      11

13   Objections to Court's Charge               32      11

14   Court's Charge                             33      11

15   Closing Arguments by Mr. Gatewood.         42      11
     Closing Arguments by Mr. Ellis.
16   Rebuttal Arguments by Mr. Putman           58      11

17   Jury retired for deliberations             67      11

18   Verdict                                    71      11

19   Jury excused                               74      11

20   Adjournment                                83      11

21   Court Reporter's Certificate               84      11

22

23
                         (EXHIBITS INDEX)
24                          VOLUME 12

25

```
             MASTER INDEX OF EXHIBITS - STATE'S

                 Use is indicated as follows:

            J - Jury  R - Record Only  D - Demonstrative

            H - Hearing only  B - Bill of Exceptions

            C - Conditional  W - Withdrawn  E - Excluded
```

| NO. | DESCRIPTION | OFFERED | ADMITTED | USE | VOL |
|-----|-------------|---------|----------|-----|-----|
| 1   | Photograph  | 63      | 63       | J   | 9   |
| 2   | WatchGuard video | 80 | 80       | J   | 9   |
| 3   | Box containing State's 3A | 97 | 97 | C | 9 |
| 3A  | Methamphetamine | 97  | 97       | C   | 9   |
| 3   | Box containing State's 3A | 196 | 196 | J | 9 |
| 3A  | Methamphetamine | 193 | 193      | J   | 9   |
| 4   | Lab report  | 195     | 195      | J   | 9   |
| 5   | Video interview | 213 | 213      | J   | 9   |
| 6   | Certified court document | 15 | 16 | J | 11 |
| 7   | Certified court document | 15 | 16 | J | 11 |
| 8   | Certified court document | 15 | 16 | J | 11 |

1    REPORTER'S CERTIFICATE

2 THE STATE OF TEXAS )
COUNTY OF SMITH    )
3

4     I, Cassie Condrey, Official Court Reporter in and
5 for the 114th District Court of Smith County, State of
6 Texas, do hereby certify that the above and foregoing
7 contains a true and correct transcription of all
8 portions of evidence and other proceedings requested in
9 writing by counsel for the parties to be included in
10 this volume of the Reporter's Record, in the
11 above-styled and -numbered cause, all of which occurred
12 in open court or in chambers and were reported by me.
13     I further certify that this Reporter's Record of
14 the proceedings truly and correctly reflects the
15 exhibits, if any, admitted by the respective parties.
16     WITNESS MY OFFICIAL HAND this the 24th day of June,
17 2014.

18
                    _/s/Cassie Condrey_____
19                  CASSIE CONDREY,  TX CSR #9035
                    Certification Expires: 12-31-14
20                  Official Court Reporter
                    114th Judicial District Court
21                  Room 212
                    Smith County Courthouse
22                  Tyler, TX 75702
                    (903) 975-4331
23

24

25