REPORTER'S RECORD

VOLUME 2 OF 12 VOLUMES

TRIAL COURT CAUSE NO. 114-0648-13

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/24/2014 4:26:00 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | SMITH COUNTY, TEXAS |
| | ) | |
| JOSEPH PIERCE | ) | 114TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEA AGREEMENT DOCKET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the 11th day of July, 2013, the following proceedings came on to be heard in the above-styled and -numbered cause before the HONORABLE CHRISTI J. KENNEDY, Judge Presiding, held in Tyler, Smith County, Texas:

Proceedings reported by Computerized Machine Stenography, Reporter's Record produced by Computer-Assisted Transcription.

Court Reporter: CASSIE CONDREY.
　　　　　　　　Texas CSR #9035
　　　　　　　　Official Court Reporter
　　　　　　　　114th Judicial District Court
　　　　　　　　212 Smith County Courthouse
　　　　　　　　Tyler, Texas 75702
　　　　　　　　(903) 975-4331

2

1                     A P P E A R A N C E S

2


3   FOR THE STATE:
        Mr. Jacob Putman
4       SBOT NO.:   24065929
        Smith County District Attorney's Office
5       100 North Broadway Avenue
        Fourth Floor
6       Tyler, Texas  75702
        Telephone: (903) 590-1713
7


8
    FOR THE STATE:
9       Mr. Lucas R. Machicek
        SBOT NO.:   24064230
10      Smith County District Attorney's Office
        100 North Broadway Avenue
11      Fourth Floor
        Tyler, Texas  75702
12      Telephone: (903) 590-1718

13


14  FOR THE DEFENDANT:
        Ms. La Juanda T. Lacy
15      SBOT NO.: 11810500
        Attorney at Law
16      2419  Cecil Avenue
        Tyler, Texas  75702
17      Telephone: (903) 592-8335

18

19

20

21

22

23

24

25

1                        INDEX
2
3    Appearances                                    2
4    Reporter's Certificate                         6
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

P R O C E E D I N G S

THE COURT: Cause number 114-0648-13. State of Texas versus Joseph Pierce. Counsel for the State, counsel for the defendant are present. Mr. Pierce?

MS. LACY: Your Honor, we're requesting --

THE COURT: Where is Mr. Pierce?

THE DEFENDANT: (Indicating.)

THE COURT: All right. Thank you.

MS. LACY: We're requesting that we be allowed to make an announcement at the end of the docket. He has a video that we need to view.

THE COURT: All right. We'll come back to that. Are you-all making arrangements to view the video now?

MS. LACY: Yes, ma'am. It's here.

THE COURT: All right. Thank you.

(Recessed.)

MS. LACY: Your Honor, there's one other matter. I'm looking at the video --

THE COURT: With regard to Ms. Brown?

MS. LACY: No, no. Mr. Pierce.

THE COURT: Yes?

MS. LACY: There are four videos.

THE COURT: Okay.

```
 1                MS. LACY:  Very lengthy.
 2                THE COURT:  All right.
 3                MS. LACY:  I don't know whether the Court
 4   wants to -- whether it would be more convenient to allow
 5   us to make an announcement on tomorrow and we can do
 6   that and pretrial at the same time.
 7                THE COURT:  All right.  Let's do that on
 8   Ms. Adams and Mr. Pierce.  I'm going to continue the
 9   plea agreement docket in both of those cases until
10   tomorrow morning at 8:30.  That will give you-all time
11   to review the video and then I will recall both of those
12   cases for the plea agreement docket tomorrow before
13   pretrial.
14                MS. LACY:  Thank you, Your Honor.
15                (Proceedings adjourned.)
16
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | REPORTER'S CERTIFICATE |
| 2 | |
| | THE STATE OF TEXAS ) |
| 3 | COUNTY OF SMITH   ) |
| 4 | |
| 5 |     I, Cassie Condrey, Official Court Reporter in and |
| 6 | for the 114th District Court of Smith County, State of |
| 7 | Texas, do hereby certify that the above and foregoing |
| 8 | contains a true and correct transcription of all |
| 9 | portions of evidence and other proceedings requested in |
| 10 | writing by counsel for the parties to be included in |
| 11 | this volume of the Reporter's Record, in the |
| 12 | above-styled and -numbered cause, all of which occurred |
| 13 | in open court or in chambers and were reported by me. |
| 14 |     I further certify that this Reporter's Record of |
| 15 | the proceedings truly and correctly reflects the |
| 16 | exhibits, if any, admitted by the respective parties. |
| 17 |     WITNESS MY OFFICIAL HAND this the 29th day of June, |
| 18 | 2014. |
| 19 | |
| 20 | _/s/Cassie Condrey_____<br>CASSIE CONDREY,  TX CSR #9035<br>Certification Expires: 12-31-14 |
| 21 | Official Court Reporter<br>114th Judicial District Court |
| 22 | Room 212<br>Smith County Courthouse |
| 23 | Tyler, TX 75702<br>(903) 975-4331 |
| 24 | |
| 25 | |