1              REPORTER'S RECORD

2          VOLUME 3 OF 12 VOLUMES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/24/2014 4:26:00 PM
CATHY S. LUSK
Clerk

3       TRIAL COURT CAUSE NO. 114-0648

4   STATE OF TEXAS              )  IN THE DISTRICT COURT
                               )
5                              )
                               )
6                              )
    VS.                        )  SMITH COUNTY, TEXAS
7                              )
                               )
8                              )
                               )
9                              )
    JOSEPH PIERCE              )  114TH JUDICIAL DISTRICT
10

11  *************************************************************

12          HEARING ON MOTION TO REDUCE BOND

13  *************************************************************

14      On the 11th day of July, 2013, the following
    proceedings came on to be heard in the above-styled and
15  -numbered cause before the HONORABLE CHRISTI J. KENNEDY,
    Judge Presiding, held in Tyler, Smith County, Texas:
16
    Proceedings reported by Computerized
17  Machine Stenography, Reporter's Record produced by
    Computer-Assisted Transcription.
18
    Court Reporter: CASSIE CONDREY.
19                  Texas CSR #9035
                    Official Court Reporter
20                  114th Judicial District Court
                    212 Smith County Courthouse
21                  Tyler, Texas 75702
                    (903) 975-4331
22

23

24

25

1          A P P E A R A N C E S

2

3   FOR THE STATE:
         Mr. Jacob Putman
4        SBOT NO.:  24065929
         Smith County District Attorney's Office
5        100 North Broadway Avenue
         Fourth Floor
6        Tyler, Texas  75702
         Telephone: (903) 590-1713

7

8   FOR THE STATE:
         Mr. Lucas R. Machicek
9        SBOT NO.:  24064230
         Smith County District Attorney's Office
10       100 North Broadway Avenue
         Fourth Floor
11       Tyler, Texas  75702
         Telephone: (903) 590-1718

12

13
    FOR THE DEFENDANT:
14       Ms. La Juanda T. Lacy
         SBOT NO.: 11810500
15       Attorney at Law
         2419  Cecil Avenue
16       Tyler, Texas  75702
         Telephone: (903) 592-8335

17

18

19

20

21

22

23

24

25

1                        INDEX

2

3      Appearances                                    2

4      Reporter's Certificate                        13

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  P R O C E E D I N G S

2  THE COURT: Cause number 114-0648-13.

3  State of Texas versus Joseph Pierce. Counsel for the

4  State, counsel for the defendant, and the defendant are

5  present in the courtroom.

6  This is a hearing on the motion to reduce

7  bail.

8  Is the State ready?

9  MR. MACHICEK: State's ready, Your Honor.

10  THE COURT: Defense is ready?

11  MS. LACY: We're ready, Your Honor.

12  THE COURT: All right. Good morning,

13  Mr. Pierce.

14  THE DEFENDANT: Good morning.

15  THE COURT: Mr. Pierce, before Ms. Lacy and

16  the counsel for the State got here, you indicated you

17  had something you wanted to talk to the Court about. I

18  told you you couldn't talk to the Court without your

19  counsel and counsel for the State being present.

20  Is there still something you needed to go

21  over with the Court?

22  THE DEFENDANT: Yes, I have motions that I

23  want to file.

24  THE COURT: You have a motion you want to

25  file?

1           THE DEFENDANT:  Yes, ma'am.

2           THE COURT:  Okay.  Well, you have to not

3 have a lawyer to be able to file your own motion.  So do

4 you want to not have a lawyer or do you want to have a

5 lawyer?

6           THE DEFENDANT:  I do want a lawyer.

7           THE COURT:  Okay.  All right.  Well, if you

8 will visit with Ms. Lacy, I'm sure she will file

9 whatever motions that she feels are meritorious.  But

10 the Court doesn't allow people to file their own motions

11 because it's just too -- confusing is not the right

12 word.  It just doesn't make business move along.

13           THE DEFENDANT:  I understand.

14           THE COURT:  You don't have a right to

15 represent yourself and have somebody represent you at

16 the same time.

17           THE DEFENDANT:  Yes, ma'am.  Can I -- can I

18 speak?

19           THE COURT:  Sure.  You understand the

20 lawyer for the State is here and anything you say about

21 your case can be used against you?

22           THE DEFENDANT:  Yes.

23           THE COURT:  Okay.

24           THE DEFENDANT:  Yes, I understand.

25           THE COURT:  Okay.

1          THE DEFENDANT:  I'm being charged with a

2  first-degree felony.

3          THE COURT:  All right.

4          THE DEFENDANT:  Which is a serious offense.

5          THE COURT:  It is.

6          THE DEFENDANT:  And I had these to file

7  yesterday.  Can I file these or can I --

8          THE COURT:  You can't file your own

9  motions.  Did you understand me to say you can't file

10  your own motions?

11          THE DEFENDANT:  Oh, I'm sorry.

12          THE COURT:  I mean, did you understand

13  that?

14          THE DEFENDANT:  Yes, ma'am.

15          THE COURT:  Okay.

16          THE DEFENDANT:  I want to -- can I speak

17  with my attorney, please?

18          MS. LACY:  Judge, he has a motion

19  requesting that I be replaced.

20          THE COURT:  Okay.  Do you want to hire your

21  own lawyer?

22          THE DEFENDANT:  Yes, ma'am.

23          THE COURT:  Okay.

24          THE DEFENDANT:  Because -- can I speak,

25  please?

1          THE COURT:  Sure.

2          THE DEFENDANT:  I'm charged with a serious

3  offense and I have not looked at this video and I tried

4  to -- Ms. Lacy tried to let me look at the video

5  yesterday and we were having trouble with the computer.

6  There was no time or date on there and only had, like --

7  we'll say 30 minutes that we got to watch.

8          I mean, there's four CDs.  I jumped

9  straight to the last one and I didn't get enough time to

10  look at the State -- what I want to fight my case -- my

11  defense.

12          THE COURT:  Right.  And let me mention this

13  to you.  Ms. Lacy, in the presence of counsel for the

14  State, made the Court aware of the fact that you-all had

15  not gotten to watch all the videos.

16          And even though your case was set for an

17  announcement on Monday, the Court made arrangements for

18  you to be able to watch the videos as long as you need

19  on Monday with Ms. Lacy and deferred an announcement

20  until after that.

21          So was there something else about the

22  videos?

23          THE DEFENDANT:  Yes.  Is there -- can I

24  make the recommendation that they have no date and time

25  on that police video?  Can I get --

1          THE COURT:  Can you do what?

2          THE DEFENDANT:  -- the original?

3          THE COURT:  Can you do what?

4          THE DEFENDANT:  Get an original video to

5   see a date and time on it?

6          THE COURT:  You really can't get an

7   original video because the original video is -- is

8   recorded in a car.  I mean, is that the kind of video

9   you're talking about?

10          THE DEFENDANT:  Yeah, with the date and

11  time.  This one has cropped out the date and time and

12  it's -- I feel like it's been audited -- I mean, edited,

13  ma'am.

14          THE COURT:  I would be very surprised if

15  the State had changed the video in any way from how it

16  originally appeared.

17          THE DEFENDANT:  There's just no -- there's

18  no date or time on that and....

19          THE COURT:  Mr. Machicek, this is a pretty

20  serious allegation.  Has the State altered in any way

21  the evidence that was provided in the discovery to the

22  defense?

23          MR. MACHICEK:  No, Your Honor.  I

24  personally have not edited or tampered with the video

25  that has been provided pursuant to discovery orders to

1   the defense.  I wouldn't be capable of making such

2   alterations.  I don't believe -- or if I am in

3   possession of that equipment, I am not proficient in how

4   to use it.  I've provided the defense everything that I

5   have.  I've watched the videos and they appear to be

6   accurate.

7                   THE COURT:  Mr. Pierce?

8                   THE DEFENDANT:  I would like to make a

9   statement that the video -- the computer that I was

10  allowed to view on, there is a video-editing program.

11  That's what I watched it on.

12                  THE COURT:  Well, you probably know more

13  about that than anybody who prepared the video for you,

14  Mr. Pierce.

15                  THE DEFENDANT:  Yes, ma'am.  I would just

16  like the time and the date to prepare my defense.  And

17  they had the -- Ms. Lacy did not advise me of the danger

18  she put me in when she had me in the room with the DA

19  investigator while we were discussing our case -- our

20  whole strategy -- defense strategy.  And they had the

21  investigator in there listening to everything.  But she

22  did not advise me that --

23                  THE COURT:  Ms. Lacy, is this Mr. Linn he's

24  referring to?  Was Mr. Linn in there when you-all were

25  talking about the case?

1          MS. LACY:  He was in there at some point in
2     time.  The deputy that's generally downstairs when we
3     come through the detector, she was the one that was
4     really there the entire time.
5          THE COURT:  And that's because of the
6     security issues?
7          MS. LACY:  Yes, ma'am.
8          THE COURT:  All right.
9          MS. LACY:  They will not leave the room.
10          THE COURT:  Huh?
11          MS. LACY:  They will not leave the room.
12          THE COURT:  And that's really because we
13     don't have a secure facility to watch the videos.
14          All right.  Ms. Lacy, do you want to go
15     forward on the motion to reduce bail today?
16          MS. LACY:  No, I think since he wants
17     another attorney and he wants to hire somebody -- and I
18     can say this to the Court.  He's been getting input from
19     two or three different lawyers.
20          The motion that he's prepared to file was
21     prepared by some lawyer.  He's getting information from
22     two different individuals, so I think it would probably
23     be in his best interest that he retains one of them.
24          THE COURT:  Mr. Pierce, have other lawyers
25     been talking to you about your case while you've been

1  represented by Ms. Lacy?

2          THE DEFENDANT:  Not about the case.  But

3  they was asking me has she asked the questions that

4  was --

5          THE COURT:  Who are these lawyers?

6          THE DEFENDANT:  And making sure that I --

7  that I was having a --

8          THE COURT:  Who are these lawyers?

9          THE DEFENDANT:  His name is James.  He's

10  one of them.

11          MS. LACY:  Judge --

12          THE DEFENDANT:  Yeah.  And he advised me --

13          THE COURT:  Well, I still don't know who.

14  Tell me who.

15          THE DEFENDANT:  James Volberding,

16  Kelly Pace, and Jason Ellis.

17          THE COURT:  All right.

18          All right.  Well, you're asking the Court

19  to put off your case so that you can hire a lawyer?

20          THE DEFENDANT:  Yes, ma'am.

21          THE COURT:  All right.  Well, let's just go

22  ahead and do that, then.  The Court is continuing your

23  case for a time of 60 days.

24          THE DEFENDANT:  Awesome.  Thank you.

25          THE COURT:  And we'll just take your case

1  up at that time.

2           THE DEFENDANT:  Thank you.

3           THE COURT:  The Court -- Ms. Lacy, you're

4  asking permission to withdraw from the case?

5           MS. LACY:  I am, Your Honor.

6           THE COURT:  The Court grants that motion.

7           THE DEFENDANT:  Thank you, Your Honor.

8           THE COURT:  Ms. Lacy is withdrawn as your

9  counsel.

10          Mr. Pierce, you do need to make

11 arrangements for another lawyer, though, like you've

12 told the Court you want to do.

13          THE DEFENDANT:  Yes, ma'am.

14          THE COURT:  All right.  Thank you.  We're

15 in recess on your case.

16          (Proceedings adjourned.)

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

THE STATE OF TEXAS )
COUNTY OF SMITH    )

     I, Cassie Condrey, Official Court Reporter in and

for the 114th District Court of Smith County, State of

Texas, do hereby certify that the above and foregoing

contains a true and correct transcription of all

portions of evidence and other proceedings requested in

writing by counsel for the parties to be included in

this volume of the Reporter's Record, in the

above-styled and -numbered cause, all of which occurred

in open court or in chambers and were reported by me.

     I further certify that this Reporter's Record of

the proceedings truly and correctly reflects the

exhibits, if any, admitted by the respective parties.

     WITNESS MY OFFICIAL HAND this the 29th day of June,

2014.


                    _/s/Cassie Condrey_____
                    CASSIE CONDREY,  TX CSR #9035
                    Certification Expires: 12-31-14
                    Official Court Reporter
                    114th Judicial District Court
                    Room 212
                    Smith County Courthouse
                    Tyler, TX 75702
                    (903) 975-4331