CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 13 2018
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTEREN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL PIERCE | § | |
| v. | § | CIVIL ACTION NO.6:17cv668 |
| DIRECTOR, TDCJ-CID, LORIE DAVIS. | § | |

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TO RESPONDENT'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Petitioner, Joseph Michael Pierce, and respectfully request this Court to grant him a forty-five day extension of time to file a reply to the Respondent's response to this Court's order to show cause why a writ of habeas corpus should not be granted. In support of request, Petitioner states as follows.

1. Respondent's response to this Court's order was filed on or about May 25, 2018.
2. Respondent's response to this Court's order to show cause was not received by Petitioner until June 01, 2018.
3. Petitioner respectfully requests a forty-five day extension past his 14 day time to file his response to throughly research the arguments advanced by respondent and prepare a reply for this Court's review.
4. Petitioner request for time extension to extend to, and include July 30, 2018 to file his response to the Respondent's response.

For the foregoing, Petitioner prays this Court grant the requested relief. He further prays for any other and further relief which this Court may deem just and proper under the circumstances.

Respectfully submitted,

*Joseph Michael Pierce*

Joseph Michael Pierce
TDCJ# 1919200
MARK W. STILES UNIT
3060 FM 3514
Beaumont, Texas 77705

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by Petitioner to the ATTORNEY GENERAL'S OFFICE at the following address: <u>Placed in the Prison Mail Box on June 08, 2018</u>

SUSAN SAN MIGUEL
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711-2548

Respectfully Submitted,

*Joseph Michael Pierce*

Joseph Michael Pierce
TDCJ# 1919200
MARK W. STILES UNIT
3060 FM 3514
Beaumont, Texas 77705



JUNE 08, 2018

JOSEPH MICHAEL PIERCE
TDCJ# 1919200
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST. Rm. 106

RE: JOSEPH MICHAEL PIERCE V. LORIE DAVIS, CIVIL ACTION NO.6:17cv668

Dear Clerk,

    Please file this motion for extension of time with the court, and mail me my copy back that I have provided for you, for my records, Thank You.

                                          Sincerely,

                                       Joseph M. Pierce,
                                       Pro Se Litigant.

JOSEPH MICHAEL PIERCE
TDCJ# 1919200
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

*Legal mail*

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST. Rm. 106
TYLER, TEXAS 75702