JOSEPH PIERCE
TDCJ-CID# 01919200
MARK W. STILES UNIT
3060 FM 3514
Beaumont, Texas 77705




1006   75702



Expected Delivery Day: 07/25/2018
USPS TRACKING NUMBER
9505 5134 0747 8204 1002 41





Clerk of Court
United States District Court
EASTERN District Court
211 West Ferguson Street
Tyler, Texas 75702