IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL PIERCE | § | |
| v. | § | CIVIL ACTION NO. 6:17cv668 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

The Petitioner Joseph Pierce has filed a motion for extension of time to reply to the Respondent's answer to his habeas corpus petition, followed by motion for leave to file his reply. The Court has reviewed these motions and have determined that they are meritorious. It is accordingly

**ORDERED** that the Petitioner's motion for extension of time (docket no. 14) and motion for leave to file (docket no. 15) are **GRANTED**. The Petitioner's reply to the Respondent's answer (docket no. 16) shall be deemed timely.

**So ORDERED and SIGNED this 1st day of February, 2019.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE